**Masika Brown Ray**
312 Meadowlark Ln.
Longview, TX. 75603 (Rusk County)
(903) 736-1238
MasikaRay@gmail.com



FEB   7 2023

Clerk, U.S. District Court
Texas Eastern

## IN THE DISTRICT COURT OF EASTERN DISTRICT OF TEXAS, MARSHAL DIVISION

**CASE NO.** 2:23CV46
JRG/RSP

**Masika Brown Ray**
            Plaintiff (Pro Se),
Vs.

**Sheriff Cerliano**
Gregg Co. Sheriff's Department
101 E Methvin St #559
Longview, TX. 75601

**Chief Anthony Boone**
Longview Police Department
302 W. Cotton St. Longview, Texas
75601
        Defendants.

**COMPLAINT AGAINST THE DEFENDANTS TO:**

- **SEEK DECLARATION OF THE VIOLATION OF PLAINTIFF'S RIGHTS;**
- **SEEK REMEDIES AGAINST THE INFRINGEMENT OF PLAINTIFF'S RIGHT OF FAIR TRIAL, EQUAL PROTECTION OF LAW, RIGHT OF LIBERTY AND FREEDOM FROM UNDUE ARREST AND DETENTION;**
- **COMPENSATION AMOUNTING TO $3 MILLION AGAINST ALL THE AGONIES, MENTAL AND PHYSICAL TORTURE;**
- **DECLARATION TO SEEK A DETAILED REPORT**

ABOUT DEFENDANTS'
OFFICERS INVOLVED IN
SUCH VIOLATIONS; AND
- **DETAILS OF
  DISCOVERIES PACKET;**
- **PUNITIVE DAMAGES
  AMOUNTING TO $10
  MILLION; AND**
- **OTHER EQUITABLE AND
  JUST REMEDIES.**

Here Comes the Plaintiff, **Masika Brown Ray** (Pro Se) and submits her assertions before this honorable court to seek the appropriate remedies under the applicable laws and procedures:

## I.    Parties, Jurisdiction and Venue

1.      Plaintiff is and was at all times relevant hereto resident of the State of Texas and all the events, actions, irregularities, illegalities, transgression of law and infirmities subject to this complaint have occurred in Gregg County, as Plaintiff resides in Rusk County.

2.      The Defendants are and were at all times relevant hereto residents of the State of Texas and all the events occurred in this County hence this honorable court is competent to adjudicate and decide the matter in hand.

3.  The Venue is proper in this proceeding.

## II.    Standard to review the pleadings of pro se litigants:

4.      Plaintiff is a pro se litigant and has not hired an attorney. Thus, as far as the pleading standard of Pro Se litigants is concerned, they are always entitled to a less stringent view by the Honorable Superior Courts. Pro Se litigants are not supposed to be jurists hence their pleadings are entitled to a kind and

lenient standard of review by the courts. This is held time and again in the judgments of the apex courts, some of them are quoted as under:

"[W]e hold pro se pleadings to a less stringent standard than formal pleadings   prepared by lawyers."). Ashelman v. Pope, 793 F.2d1072, 1078 (9th Cir. 1986).

The Supreme Court has instructed federal courts to liberally construe the 'in artful pleading' of pro se litigants. Eldridge v. Block, 832 F.2d 1132,1137 (9th Cir. 1987).

A pro se pleading is held to a less stringent standard than more formal pleadings drafted by lawyers. Estelle v. Gamble, 429 U.S. 97, 106, 97 S. Ct. 285, 50 L. Ed. 2d 251 (1976)".

Therefore, in the light of the above-mentioned judgments, the plaintiff as a Pro Se litigant is entitled to a lenient review of her pleadings and seeks the kind favor of this honorable court.

## III. ALLEGATIONS BASED ON FACTS ESCALLATING THE CONTROVERSY

5.    That the plaintiff is before this honorable court to submit her assertions against the violation of her right of freedom, privacy, seclusion, peaceful enjoyment of living, right to equal protection of law, freedom from arrest and detention, right of liberty and constitutional rights.  I was subjected to personal injuries and had been wounded by the subordinates/officers of the defendants.

6.     The defendants have acted prejudicially against me by not allowing me to get as fair notice, by placing their hands on me with excess force, and prejudicially refused the plaintiff to live freely as a law-abiding citizen of the USA. They inflicted various injuries to me while arresting me and then taken me to jail without any criminal charges.

7.     That on April 29, 2022, the plaintiff was assaulted by the officers of defendants, and I suffered a great injustice by the conduct and inhuman treatment of their police officers. Please See https://ring.com/share/f9eb21e7-fbb9-4494-beee-cb1bda62f000.

8.     That the plaintiff has never been in trouble before this. I am a mother with two children, one with special needs. I am an African-American woman in origin, college educated, and I volunteer in my community. But despite this I was subjected to the harsh and un-equal treatment by the defendants and their subordinates/officers. Instead of taking me to a hospital in my time of need, they beat me and took me to jail, where I was forced to stay for 10 days, in spite of my brother and Realtor's attempts to bail me out.

9.     The plaintiff already had a nervous breakdown after a banking legal issue that began with a preacher/contractor who stole from me and my family due

this fraud, it made troubles for me obtaining a new loan. See Exhibits 8-10. It is Exhibit 10, where I had to explain over and over about the circumstances to ultimately obtain the loan, that resulted in my nervous breakdown. I had to explain how the house situation by the preacher/contractor had affected my child with special needs, leading to a financial setback. Exhibit 10, the explanation, was all that I could take, resulting in the nervous breakdown.

10.     But due to the defendants' conduct a lot happened in the night of 4-29-22, and I suffered from immense mental and physical torture. I was beaten and taken to the jail by the defendants in a condition when I was supposed to be taken to the hospital.

11.     That after the arrest of the Plaintiff, defendants and their police officers/subordinates LIED on the Affidavit of Removal with CPS (Child Protection Service), and stated that I was completely naked when they came to my apartment, and I was abusing my kids. See Exhibit 11. Due to their lies and violation of my Constitutional rights, I was forced to pursue another litigation in Family court. I had to represent myself in court, after terminating my costly attorney, as Pro Se, and I WON to get my kids back. The court dismissed the

complaint of CPS as it was all perpetrated with lies and grievous infirmities. For the kind perusal of this honorable court, I have attached the order (November 17, 2022) of dismissal of the CPS's complaint, and I also WON the motion to return September of 2022. See Exhibits 12- 13.

12.   The officers of the defendants purposefully lied and reported to the CPS that I was not a good mother for my kids. But when I explained everything and provided proofs, the court understood that the police were lying against me. Thus, this honorable court can understand that I have suffered a lot due to lies of the defendants' subordinates.

13.   That due to various illegal acts and violations of Plaintiff's constitutional rights I have been subjected to various traumas and PTSD. To prove this fact, I have attached the medical observation of Dr. French's assessment as an exhibit to this compliant. Dr. French stated that the police should have taken me to the hospital instead of jail. See Exhibit 14, Dr. Wade E. French, Ed.D. Forensic Risk Assessment, which states, "Unfortunately, Mrs. Ray was taken to jail rather than a mental hospital where her condition could have been better diagnosed, understood and treated. It is not unusual for an individual to

experience this disorder and have no reoccurrence." Additionally, see correspondence to my doctor after having a panic attack at the dentist, due to the defendants. If felt like the dentist and her assistant were trying to hurt me like the police. See Exhibits 14 - 15.

14. That the defendants have plaintiff's $1,000 + dollar cell phone as evidence, but they are not telling me about its use or return. As, I have paid more on my phone bill due to purchasing another phone, when still owing on the iPhone the police obtained. As of 2/7/23, the date of this original complaint submission, I currently have to call the Snoddy Bails Bond every Monday because the police have NOT dropped the charges against me. I won a Motion for Monitored Return in September of 2022, getting my daughter back. Since then, every month I have asked the District Attorney's office in Longview, Texas, when were they going to drop the charges or do something, so I could get my phone back. My requests have fallen on deaf ears, like all else with the departments.

15. At the time of the arrest, the defendants' police officers used excessive force against the plaintiff including repeated beatings and inhuman handling which resulted a lot of injuries to me. The marks on plaintiff's body are

evidence of the pain and suffering I endured due to the defendants' officers apparent wrath unraveled and manifested into physical force.

16.     The plaintiff strongly asserts that all the actions during my arrest were in direct contravention of the precepts of the fourth amendment to the United States constitution. Thus, I am before this honorable court to seek applicable remedies.

17.     After the arrest, defendants continued their illegal and unjust acts to torture and hurt the plaintiff.  I was held for ten days in Gregg County jail and several requests for my bail from my brother and realtor were unjustly denied. The plaintiff was denied the right to sufficient medical attention, as the plaintiff's brother told the jail of her taking blood pressure medicine and other. Additionally, the defendants' officers offered no significant help to help treat my wounds.

18.     I made several requests and reports regarding this cruel behavior of defendants, including a personal request by CPS's appointed psychologist. But defendants have failed to take any appropriate steps to resolve my issues and my

agonies continued while in detention. The defendants lied to the psychologist when she asked about my wounds.  See Exhibit 16, page 5.

19.    That the officers responsible for this injustice answered questions/inquires with blatant lies, arguing that the plaintiff never asked for help. It is a white lie, and I have several proofs to support my stance.  I have submitted a lot of requests for medical assistance and the treatment of my wounds, but they fell on deaf ears. See Exhibits 17 – 18. On Exhibit 17, I was asking for help for my wounds and I had a headache, as a result of the beatings and because I did not have my blood pressure medicine that my brother told them that I needed. Exhibit 18, illustrates that my lips were extremely dry, as I had stopped eating and drinking because I knew they had tried to poison me. I asked a kind jailer for food from elsewhere, and she brought me a sandwich, as I was afraid to eat jail food.

20.    That the defendants intended to end my life while in the holding me in cell/illegal detention. Additionally, they failed to make any efforts to treat me as per laws.  If the plaintiff was a white woman, I would not have been treated in such a cruel manner.

21.   That the plaintiff has sufficient reason to believe that the death of one of the women in the neighboring cell was associated with an attempt by the officers at Gregg County police officers to end my life, possibly due to their knowledge of excessive force and beatings of me at the time of the arrest, as ONLY PART of their mistreatment was caught on my Ring camera.

22.   That the plaintiff can recognize the jailer who attempted to end my life. She is a short dark-skinned African American woman. She pointed at me and then an inmate told her OKAY with a nod. Thereafter, that inmate got with a group of women and they mixed some drink. I watched and listened, as I prayed to God to confuse the enemy and spare my life. God saved me on numerous occasions. I can testify about what happened to me and how they subjected me to inhuman treatment.

23.   That the plaintiff requested the defendants to open my case records on two different occasions. But I received nothing from defendants and all of my request were ignored or not fulfilled.  Thus, the defendants have not with clean hands, they were continuously making their plans to injure me in person and mentally. Their conduct is clear evidence of the fact that they were cooking something against me with their ulterior motives. Thus, I am before this honorable

court to seek appropriate remedies and damages to compensate me against my agonies.

24.    That all of the aforementioned injustices and illegal acts committed on the behest of defendants contravened Plaintiff's inalienable rights. I have consulted with a Civil Rights attorney, and the Texas Rangers and FEDs have initiated investigations on my request against the defendants. Furthermore, the federal civil rights organization has assured me that an investigation is currently ongoing in my case. But I am seeing no progress in this regard hence I am before this honorable court. Additionally, the DOJ suggested obtaining an attorney regarding the civil matter, as I am here, as Pro Se.

25.    I have sent a legal demand letter to defendants in an attempt to resolve this matter amicably, and they have acknowledged its receipt. But I have seen no progress and intent from defendants. Thus, I am present before this honorable court.

26.    That the plaintiff is entitled to damages and compensations amounting to $13M against all my troubles, agonies, illegal detention and injustices.

27.     That the defendants have blatantly violated my rights under the freedom of information act (5 USC S. 552), 4th amendment of the US Constitution, *under 42 U.S.C. Section 1983*, 25CFR S. 11.411, the privacy act of 1974 and other applicable laws and regulations. Thus, this honorable court should probe into this matter and grant me appropriate remedies.

28.     The plaintiff is entitled to seek remedies provided to me under the above-mentioned provisions or as considered just and proper by this court and to proceed with a jury trial.

29.     The defendants have conducted in such a way that they violated plaintiff's rights granted to me under 42 USC 1983 and acted in a biased and prejudiced manner against plaintiff.

30.     The defendants tried to suppress my voice and tried to block my fundamentally accepted rights of liberty, privacy and freedom to live that's why I have been subject to an unfair and unlawful conduct collectively from all of the defendants.

31.     That the plaintiff is a God-fearing woman. I am not afraid. I have tangible evidence to support the truth against every lie told about me and to shun unjust incrimination. I did not push anyone in jail, but I brought three women to Christ, while I was detained in jail. That was priceless! After finally getting out of jail, I added money to 6 homeless women: Lizzie Brooks, Sherry Choice, Shonda Phillips, Carla Harnage, Jamie Marshall and Megan Turner. Please note, it was Jamie Marshall who assisted in the attempt on my life. Jamie also begged for socks, cokes, and other basics. Regardless of her crimes, I showed her love. See Exhibits 19 – 20. I will also call upon these women as witnesses at trial. Nevertheless, I am committed to help those who are victims of the police and CPS. I now have a consulting business name called *My Children are NOT your Toys*.   Thus, the plaintiff is before this honorable court to seek damages, declaration and appropriate remedies. Ironically, while I was helping the homeless, you can see on Exhibit 20, that I was homeless at the time too, due to the defendants. *I had lost my apartment and had to stay at the Courtyard by Marriott, owned by Mr. Paresh Patel and J. Longview Hospitality, located at 1125 E. Hawkins Parkway, Longview, TX. 75605.*

## DETAIL OF EXHIBITS AND SUPPORTING VIDEOS:

1. The Demand letter.

2. The return receipt from the demand letter,

3. Medical evidence of my wounds.

4. Video of the police approaching me at 12:02 a.m. and slamming me against the wall:                    https://ring.com/share/f9eb21e7-fbb9-4494-beee-cb1bda62f000

5. Video at 12:03.41 a.m. of me saying, "Happy Easter," and more. https://ring.com/share/e22a79ef-aef0-4dbd-86df-af2d1416beee

6. Video of police showing compassion to my white neighbor: https://ring.com/share/db542a7a-8971-44a5-8d58-

ac3bf7627e84?fbclid=IwAR229UP5JY3LRIUJuQE7PydIjHuLwdvahBOYRMU

Lbrw1hUGyCWHf5HVy_m8

7. Video of police talking about my Ring cameras like he had something to hide from inside too: https://ring.com/share/8e8c5368-7bf2-46b7-8635-692a9c47d469

8. Mediated Settlement Report, regarding the house that was not completed by the preacher/contractor.

9. Motion to Compel, still trying to collect from the preacher/contractor, James Dancy of Longview, TX.

10. The gut-wrenching letter to Regions Bank's underwriting department where I had to describe the results of the harm by the preacher/contractor, suffered by us

and most importantly my autistic daughter, resulting in her going to a dangerous mental health hospital due to our lack of stability at that time. She was used to having her own room and she had to share, as we had to live with my mother due to James Dancy, the preacher/contractor, as I had to spend my life's savings on completing the house to sell.

11. A page from the Affidavit of Removal, as the police stated that I was "completely naked", when they arrived. Yet, my Ring video shows that I had on a towel, my back was wet, and I was trying to bring in my valet trash can.

12. A copy of the Order to Dismiss, signed by the judge on November of 2022, as I won as Pro Se. I had my daughter back since September of 2022, as I had also won on a Monitored Return, as Pro Se.

13. The Motion to Dismiss, filed by me, the defendant, in that case, as I won as Pro Se. Many of the details are as described in this petition, as I continue to state the abuse by the police.

14. Dr. Wade E. French, Ed.D. Forensic Risk Assessment, which states, "Unfortunately, Mrs. Ray was taken to jail rather than a mental hospital where her condition could have been better diagnosed, understood and treated. It is not unusual for an individual to experience this disorder and have no reoccurrence."

15. MyChart message to my doctor, Dr. Reddy about panic attacks, due to PTSD as a courtesy of the police.

16. Kranz Psychological Services, PLLC Evaluation results. On page 5, states what I have been stating over and over about the police beating me, attempts on my life and under Information from Outside Sources, the police related to Kranz, "…there were no requests for medical attention consistent with Ms. Ray's injuries."

17. Gregg County Jail – Request/Grievance, where I asked for help to treat my wounds, my injuries on the jail's forms.

18. Gregg County Jail – Request/Grievance, where I asked for help for Vaseline for my lips, as they were dry due to my not eating and drinking, fearful of being poisoned.

19. My notes on a Regions Bank envelope to send Lizzie Brooks $20.00, Sherry Choice $25.00, Shonda Phillips $25.00, Carla Harnage $50.00, Jamie Marshall $25.00, and Megan Turner $50.00 to homeless women in Gregg County jail.

20. My bank statement from Regions Bank, illustrating that on 5/16/22, I, Masika Akilah Brown Ray, the Plaintiff, victim of the police and sheriff's department, sent money and was charged a service charge to the homeless women in Gregg County jail. That is who I am, I love and I act in love, keeping my word, as a servant of God. Laus Deo.

## COUNT 1:
### Prejudice

1.    Plaintiff incorporates as if fully restated all of the allegations previously written, mentioned, pointed out by the Plaintiff.

2.    Plaintiff has been living peacefully and have not received any police report or complaint from the police department prior to this. I am further ready to assist this honorable judicial forum to provide proofs of my peaceful residence and enjoyment of my rights.

3.    But the Defendants hampered Plaintiffs' rights of peaceful enjoyment, liberty, equal protection of law, fair trial and unlawfully trespassed my private property to cause humiliation and mental torture by arresting me for no cause.

4.    Defendants engaged in professional malpractice and coercive tactics against the Plaintiffs through the biased, discriminatory, derogatory and prejudicial conduct.

5.    Thus, the plaintiff is present before this honorable court and seeks appropriate remedies available to them under the law.

## COUNT 2:

### Violation of rights granted to the plaintiff under Title 18 Sections of US Code

6.    Plaintiff incorporates as if fully restated all of the allegations previously written, mentioned, pointed out by the Plaintiff.

7.    Defendants' conduct was not right throughout their presence and interrogation. Plaintiff was subject to inhuman and unfavorable treatment without any justification.

8.    Thus, the plaintiff is before this honorable court to seek his remedies.

## COUNT 3:

## Personal Injury, Violation of my Constitutional rights,
## Trespass and Malicious Prosecution (Title 42 of US Code)

9.     Plaintiff incorporates as if fully restated all of the allegations previously written, mentioned, pointed out by the Plaintiff.

10.     The defendants collectively and jointly have caused me various injuries/wounds and subjected me to detention without any solid evidence.

11.     During their stay and arrest of the plaintiff I was subject of multiple biases which plaintiffs tried to ignore at first. But when defendants did not take plaintiffs' peaceful attempts to seek explanation of her unlawful arrest seriously thus there was no choice left with plaintiff but to file this complaint.

12.     Defendants have acknowledged my legal demand letter but could not offer any solutions. They have failed miserably to explain the purpose of transgressing plaintiffs' constitutional rights.

13.     The conduct of the defendants damaged and snatched the fundamental rights of the plaintiff and prejudiced against her celebrated civil rights and remedies.

14.     Plaintiff is confident, sure and affirm, that based on these allegations, in addition to the malpractices of the defendants as enumerated above, Defendants may have engaged in these discriminatory practices against the plaintiff to which I was not yet fully aware. At such time as such discriminatory, retaliatory, practices become known, Plaintiff will seek to amend this Complaint in that regard.

15.     As a direct and proximate result of the Defendants' willful, knowing, and intentional discrimination and retaliation against Plaintiff, Plaintiff have suffered and will continue to suffer pain, humiliation, emotional distress, loss of earnings, and other liberties and opportunities.

16.   Hence, Plaintiff is hereby entitled to general and compensatory damages amounts demanded or to be proven at trial or through evaluation of this Honorable Court.

## COUNT 4:

## Targeting, Violence, Disregard of my Civil Rights under Title VII of US Code and Misuse of Authority

17.   Plaintiff intended that all of the acts and allegations mentioned hereinbefore and after this count to be considered as reinstated in this count as well.

18.   The main reason of such mysteries and unexplained volition of my rights, excessive force, beatings, trespassing on plaintiff's property, searching and finding my cameras, asking my then 10-year-old daughter for my iPhone passcode, continued searching through my iPhone, attempts on my life in jail, and more might be that I am black woman with evidence of the police's wrongdoings on my Ring videos, and that I am from African origin. But despite of several written and verbal requests the defendants are adamant to provide a solid justification of violating my rights. Thus, plaintiff is fearful of state-owned departments that they might cause irreparable loss to plaintiff without any warrant and justification in future.

19.   Thus, plaintiff is before this honorable court to seek appropriate remedies.

## COUNT 5:

## BIAS and Violation of Constitutional (4th and 5th amendments) Rights and Discrimination

20.     Plaintiff incorporates as if fully restated all of the allegations previously written, mentioned, pointed out by her.

21.     Plaintiff has been subject to biasness and discrimination and partial treatment by defendants. They trespassed plaintiff's private property without any warrant and now they are avoiding to answer plaintiffs' requests to provide explanation of entry and arrest of the plaintiff. Defendants have discriminated against me on the bidding of unforeseeable forces.

22.     Due to this unexplained violation of my rights by the defendants, my fundamental and constitutional rights were violated up to a considerable extent. And I am unable to gain my reputation and my criminal records are now proclaiming me as a dangerous person. But I am not like that. I have not faced any of such problems before. I am a law-abiding citizen.

23.     Thus, the plaintiff is before this honorable court to seek my damages, compensation and declaration.

## COUNT 6:

## Suppression Of Rights, Loss of Reputation and Loss of Employment Opportunities

24.     Plaintiff incorporates as if fully restated all of the allegations previously written, mentioned, pointed out by the Plaintiff.

25.     During defendants' attempts to get me arrested and as a result of the malicious prosecution I have suffered irreparable loss and injury to my person, reputation and property.

26.     Defendants have failed to prove their allegations and could not succeed in their illegal motives.

27.   Plaintiff was not given solid justification and explanation thus instant complaint is filed against defendants to seek appropriate damages and remedies against defendants.

28.   The conduct of the defendants damaged and snatched the fundamental rights of the plaintiff and prejudiced against my celebrated civil rights and remedies.

29.   Plaintiff is confident, sure and affirm, that based on these allegations, in addition to the malpractices of the defendants as enumerated above, Defendants may have engaged in these discriminatory practices against the plaintiff to which I am not yet fully aware. At such time as such discriminatory, retaliatory, practices become known, Plaintiff will seek leave of Court to amend this Complaint in that regard.

30.   As a direct and proximate result of the Defendants' willful, knowing, and intentional malicious prosecution, tortuous interference and retaliation against Plaintiff, Plaintiff has suffered and will continue to suffer pain, humiliation, emotional distress, loss of earnings, and other liberties and opportunities.

31.   Hence, Plaintiff is hereby entitled to general and compensatory damages amounts demanded or to be proven at trial or through evaluation of this Honorable Court.

## COUNT 8:

### Claim For Declaratory Judgement

32.   Plaintiff incorporates by reference and re-avers each and every paragraph above.

33.   The plaintiff has suffered an irreparable loss both in person and reputation. I have been taken as a respectable person, but due to the dirty

allegations of the subordinates of defendants I have been facing various traumas and different treatment from the society.

34.    Thus, the plaintiff is entitled to kind favor of this honorable court.

## COUNT 9:
## General Damages

35.    Plaintiff incorporates by reference and re-avers each and every paragraph above.

36.    As a direct and proximate result of the Defendants' intentional fraudulent practice, Plaintiff suffered damages allowed by law in an amount in excess of $13 Million.

37.    Thus, the plaintiff is before this honorable court to seek the help of this prestigious forum.

## COUNT 10:
## Punitive Damages

38.    Plaintiff re-alleges the allegations set forth in this complaint and incorporates same herein by reference.

39.    Defendant's outrageous conduct towards the Plaintiff was done with malice or bad motives or reckless indifference to plaintiff's interests.

40.    Accordingly, Defendants are liable in damages to Plaintiff in excess of $13 Million or to be proven in trial, the exact amount to be proven at trial.

## PRAYERS/ SUBMISSIONS:
WHEREFORE, Plaintiff, **Masika Brown Ray**, demands judgment against Defendants, favoring Plaintiffs in the amounts which will compensate her for:

i.    Violation of my rights under Title 18 and 42 of the US Code;

ii. Punitive damages amounting to $13 Million intended to reform or deter the Defendant, and, from engaging in conduct like that which formed the basis of the lawsuit;

iii. Compensatory damages for pain, agony, and suffering of Plaintiffs due to prejudicial and biased conduct of Defendants that was especially outrageous against the plaintiffs;

iv. Costs expended herein, including reasonable legal counseling fees and of his legal expenditures;

v. Pre-judgment and post-judgment interest;

vi. A declaratory judgment in plaintiff's favor;

vii. A direction to the defendants to provide the details and report of my arrest and the discovery packages collected therein;

viii.   A direction to release the mobile of plaintiff which is illegal kept by defendants;

ix. If this honorable court deems it appropriate that to assist it properly the plaintiff needs to amend this complaint to let the plaintiff to amend this complaint and

x. Any and all of his relief to which she may be entitled as it may become part of this Honorable Court's evaluation and judgment.

xi. Terminate Sheriff Cerliano with his vile attitude and Chief Anthony Boone, effective immediately.


**DATED** this 07th day of February, 2023

Submitted to:

**Sheriff Cerliano**
Gregg Co. Sheriff's Department
101 E Methvin St #559
Longview, TX. 75601

**Chief Anthony Boone**
Longview Police Department
302 W. Cotton St.
Longview, Texas 75601

**Defendants**

Submitted by:

**Masika Brown Ray**
(Pro Se Plaintiff)

## <u>CERTIFICATE OF SERVICE:</u>

The plaintiff certifies that I have mailed and delivered this pleading to the office

of below-mentioned attorney/defendant on the date mentioned in this complaint.

Original of this is filed with:
**CLERK OF COURT**

Submitted to:

**Sheriff Cerliano**
Gregg Co. Sheriff's Department
101 E Methvin St #559
Longview, TX. 75601

**Chief Anthony Boone**
Longview Police Department
302 W. Cotton St.
Longview, Texas 75601

**Defendants**

Submitted by:

**Masika Brown Ray**
(Pro Se Plaintiff)